UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br> )<br>vs. )<br> )<br>HENRY JONES, )<br>      Defendant. ) | CAUSE NO. 1:19-cr-00388-JPH-MG<br><br>- 01 |

**REPORT AND RECOMMENDATION**

On September 29, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on May 10, 2023, and order granting Petition filed on May 12, 2023. [Filing Nos. 53, 55.] Defendant appeared in person with his FCD appointed counsel Joe Cleary. The government appeared by Cristina Caraballo-Colon, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

    2.    After being placed under oath, Defendant admitted violation numbers 1, 2, 3 and 4. [Filing Nos. 53, 55.]

    3.    The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime."**<br><br>On May 9, 2023, Mr. Jones was arrested by the Bowling Green, Kentucky, Police Department. According to the report, officers were called to a shots |

fired call near an apartment complex. Witnesses identified Mr. Jones as the alleged shooter and as officers approached him, he briefly fled before being detained. During a search of his person, officers located a baggie of a substance believed to be methamphetamine in his waistband and a handgun magazine containing twelve 9mm bullets.

Mr. Jones is charged with Trafficking in a Controlled Substance, 1st Degree, a felony, in Warren County District Court case number 23F00517. He appeared for an initial hearing on May 10, 2023, and is currently being held at the Warren County Jail. A bond has not been issued in this case at the time of this Petition.

2 **"You shall not unlawfully possess a controlled substance."**

According to the Bowling Green, Kentucky, Police Department report, on May 9, 2023, during his arrest, Mr. Jones possessed 47 grams of a substance reported to be methamphetamine. The substance was located in his waistband and he admitted to it being methamphetamine.

3 **"You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon."**

According to the Bowling Green, Kentucky, Police Department report, on May 9, 2023, during his arrest, Mr. Jones possessed a Smith and Wesson handgun magazine loaded with twelve 9mm bullets in his pants pocket.

4 **"You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer."**

On May 9, 2023, Mr. Jones was located in Bowling Green, Kentucky, which is located in the Western District of Kentucky. Mr. Jones did not receive permission to travel outside the judicial district from the Court or his probation officer.

4. The parties stipulated that:

  (a)  The highest grade of violation is a Grade A violation.

  (b)  Defendant's criminal history category is VI.

  (c)  The range of imprisonment applicable upon revocation of supervised release, therefore, is 24 months' imprisonment.

5.       The government argued for a sentence of 24 months imprisonment with no supervised release to follow. Defendant's counsel argued for less than 24 months imprisonment with supervised release to follow. Defendant also offered to submit to a urinalysis on this date.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) and § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 22 months imprisonment with no supervised release to follow. The Magistrate Judge makes a recommendation of placement at a medical facility that provides assistance based on the Defendant's medical condition. Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/29/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system